UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
   :
UNITED STATES OF AMERICA,   :
   :
    -v-   :   12-CR-31-15 (PAE)
   :   20-CR-219 (PAE)
ALLEN COLON,   :
   :   SCHEDULING ORDER
   :
                  Defendant.   :
   :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a telephonic conference in this case for **August 26, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                              *Paul A. Engelmayer*

Dated: August 19, 2021                                    PAUL A. ENGELMAYER
       New York, New York                       United States District Judge